IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBRA L. SCHAEFER,                                              No. 6:13-cv-00157-JE

        Plaintiff,                                              ORDER

    v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

        Defendant.

Richard F. McGinty
McGinty & Belcher, PC
P.O. Box 12806
Salem, OR 97309

    Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204

1 - ORDER

Gerald J. Hill
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 221A
Seattle, WA 98105-7075

  Attorneys for Defendant

HERNANDEZ, District Judge:

  Magistrate Judge Jelderks issued a Findings and Recommendation (#20) on January 8, 2014, in which he recommends that the Court affirm the Commissioner's final decision. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

  The Court adopts Magistrate Judge Jelderks's Findings and Recommendation (#20). Accordingly, the Commissioner's final decision is affirmed.

  IT IS SO ORDERED.

  DATED this 3 day of Feb., 2014.

            *Marco Hernandez*
            MARCO A. HERNANDEZ
            United States District Judge

2 - ORDER